| | |
|---|---|
| Name, Address, Bar No., Telephone No. and E-mail Address | E-filed on **June 18, 2010** |

**Howard C. Kim**
**Howard Kim & Associates**
**400 Stephanie Road**
**Suite 160**
Henderson, NV 89014
**10386**
**702-485-3300**
**howard@hkimlaw.com; nicole@hkimlaw.com**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re: ) Bankruptcy No. BK- **09-29678**
) Adv. #
)
**JUSTIN M FENTON** )
)
            Debtor. ) Chapter  ☒ 7  ☐ 11  ☐ 13
)
)
            Plaintiff, )
)
vs. )
)
)
            Defendant. )

### NOTICE OF CHANGE OF ADDRESS OF ATTORNEY

*A separate notice must be filed in each case and proceeding*

**Howard C. Kim** *(name of attorney)* hereby gives notice of the following changes of email address, mailing address, or both:

A. CHANGE OF EMAIL ADDRESS
    Old email address:     howard@smithhkim.com

    New email address:     howard@hkim.com

    Date of the change     **6-16-2010**

B. CHANGE OF MAILING ADDRESS
    Old mailing address:   **1057 Whitney Ranch Drive**
                            Henderson, NV 89014

    New mailing address:   400 N. Stephanie St. #160
                            Henderson, NV 89014

**/s/ Howard C. Kim**                                              **June 18, 2010**
Signature of Attorney                                              Date